■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL LUCAS, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Santagata, J.), rendered June 17, 1983, convicting her of three counts of offering a false instrument for filing in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence was sufficient to support the jury's conclusion that the essential elements of the crimes in question had been proven beyond a reasonable doubt (*People v Contes,* 60 NY2d 620, 621). We have examined defendant's remaining contentions and find them to be without merit.

Mollen, P. J., Bracken, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTON MORGAN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Cohen, J.), rendered April 16, 1982, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The credibility of the testimony of the witnesses was an issue for the trier of fact to determine (see, e.g., *People v Gruttola,* 43 NY2d 116; *People v Joyiens,* 39 NY2d 197; *People v Cook,* 99 AD2d 552) and viewing the evidence in the light most favorable to the prosecution as we must (*People v Kennedy,* 47 NY2d 196; *People v Benzinger,* 36 NY2d 29; *People v Leach,* 57 AD2d 332), a rational trier of fact could have found that the People proved beyond a reasonable doubt that defendant knowingly possessed a loaded firearm (*Jackson v Virginia,* 443 US 307; *People v Contes,* 60 NY2d 620).

Mollen, P. J., Bracken, O'Connor and Niehoff, JJ., concur.